**Rocky Fujio TAKUSHI, individually and as Trustee of The Albert G. Takushi Revocable Living Trust dated April 11, 2007, Plaintiff–Appellant,**

v.

**BAC HOME LOANS SERVICING, LP, a Texas limited partnership; Does, 1–50, Defendants–Appellees.**

No. 12–15211.

United States Court of Appeals, Ninth Circuit.

Sept. 3, 2015.

Frederick John Arensmeyer, Esquire, Law Office of Frederick Arensmeyer, Gary Victor Dubin, Esquire, Senior, Dubin Law Offices, Honolulu, HI, for Plaintiff–Appellant.

Andrew James Lautenbach, Esquire, Starn O'Toole Marcus & Fisher, Honolulu, HI, David Jason De Jesus, Esquire, Adam Michael Forest, Reed Smith LLP, San Francisco, CA, for Defendants–Appellees.

Before: KOZINSKI, CLIFTON and WATFORD, Circuit Judges.

* This disposition is not appropriate for publica-

---

**ORDER**

In light of the parties' stipulated agreement to dismiss this appeal, the above-captioned case is **DISMISSED.** This order shall serve as the court's mandate.